**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Jacqueline Jones-Beckett a/k/a       CHAPTER 13
Jacqueline Jones

              Debtor(s)      BKY. NO. 22-13077 MDC

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2020-GS2 and index same on the master mailing list.

                                        Respectfully submitted,



/s/ Mark Cronin
18 Aug 2023, 12:59:32, EDT

                         KML Law Group, P.C.
                         701 Market Street, Suite 5000
                         Philadelphia, PA 19106-1532
                         (215) 627-1322

Document ID: a2116c04e351cc35738bbf0f58dbcb2e214ecd1831a83cc350ce495c7a6d46cc