UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Jacqueline Jones-Beckett a/k/a Jacqueline Jones         Chapter 13
                     Debtor(s)         NO. 22-13077 MDC

U.S. Bank Trust National Association,

    Movant

    vs.

Jacqueline Jones-Beckett a/k/a Jacqueline Jones

    Debtor

    and

Jaheen E. Beckett

    Co-Debtor

Praecipe to Withdraw Document

To the Clerk:

    On account of the lack of evidentiary support, debtor withdraws document 59, her response to the MOTION OF U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER-TRUSTEE FOR LEGACY MORTGAGE ASSET TRUST 2020-GS2 FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362 AND 1301.

                               Respectfully,

                               /s/ Richard N Lipow
                               Richard N Lipow
                               Attorney for the Debtor
                               43 Stonehedge Dr.
                               Glenmoore PA 19343
            `        `         610.241.4804. richard@lipowlaw.com