United States Bankruptcy Court
Eastern District of Pennsylvania

In re: | Case No. 22-13077-pmm
Jacqueline Jones-Beckett | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 5
Date Rcvd: Apr 25, 2024     Form ID: pdf900     Total Noticed: 68

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2024:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Jacqueline Jones-Beckett, 313 Gwynedd Ct, Exton, PA 19341-1497 |
| 14736116 | | 12 Celtic Bank, PO Box 1216, Chesapeake, VA 23327-1216 |
| 14768280 | + | ACCU REFERENCE MED LAB, 1901 EAST LINDEN AVENUYE UNIT 4, Linden, NJ 07036-9997 |
| 14736117 | + | ACCU REFERENCE MEDICAL LAB, 1901 EAST LINDEN AVENUE UNIT 4, Linden, NJ 07036-9997 |
| 14768283 | + | CURTIN & HEEFNER LLP ATT R BADMAN ESQ, 1040 STONY HILL ROAD STE 150, YARDLEY, PA 19067-5557 |
| 14768284 | + | ELLIOT BERTON ESQUIRE, 1273 LANCASTER AVENUE, Berwyn, PA 19312-1244 |
| 14768286 | + | JAHEEN BECKETT, 313 GWYNEDD CT, Exton, PA 19341-1497 |
| 14768292 | + | PORTNOFF LAW ASSOC LTD, PO BOX 3020, Norristown, PA 19404-3020 |
| 14768276 | + | RHONDDA HOMEOWNER ASSOC, PO BOX 1119, Chadds Ford, PA 19317-0658 |
| 14736130 | + | Receivable Management Inc, 7206 Hull Rd, Ste 211, Richmond, VA 23173-0001 |
| 14751286 | + | Rhondda Homeowners Association, c/o Steven L. Sugarman & Associates, Elliot H. Berton Esquire, 1273 Lancaster Avenue, Berwyn, PA 19312-1244 |
| 14736353 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14736134 | | The Bank of Missouri / Total V, PO Box 550, Hutchinson, KS 67504-0550 |
| 14808225 | +++ | U.S. Bank Trust National Association, for Legacy Mortgage Asset Trust 2020-GS2, c/o MARK A. CRONIN, ESQ., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14768278 | + | US TRUST NA, NEWREZ LLC SHELLPOINT MORT SERV, PO BOX 10826, Greenville, SC 29603-0826 |
| 14736135 | + | UWCHLAN TOWNSHIP, 715 N SHIP RD, Exton, PA 19341-1940 |
| 14760899 | + | Uwchlan Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14760898 | + | Uwchlan Township, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14744699 | + | Uwchlan Township, c/o Robert A. Badman, Esq., CURTIN & HEEFNER LLP, 1040 Stony Hill Road, Suite 150, Yardley, PA 19067-5557 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| aty | Email/Text: ECFCAEB@aldridgepite.com | | Apr 26 2024 00:28:00 | WENDY LOCKE, ALDRIDGE PITE, LLP, 8880 Rio San Diego Drive, Suite 725, San Diego, CA 92108 |
| smg | Email/Text: megan.harper@phila.gov | | Apr 26 2024 00:29:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | | Apr 26 2024 00:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | Email/Text: ecfbnc@aldridgepite.com | + | Apr 26 2024 00:28:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, c/o ALDRIDGE PITE, LLP, 8880 Rio San Diego Drive, Suite 725, San Diego, CA 92108-1619 |
| cr | Email/Text: RASEBN@raslg.com | + | Apr 26 2024 00:28:00 | U.S. Bank Trust National Association, not in its i, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |

Case 22-13077-pmm    Doc 76    Filed 04/27/24    Entered 04/28/24 00:33:15    Desc Imaged
Certificate of Notice    Page 2 of 6

| District/off: 0313-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Apr 25, 2024 | Form ID: pdf900 | Total Noticed: 68 |

| ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14768271 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Apr 26 2024 01:12:57 | AIDVANTAGE OBO THE DEPT OF EDUCATION, DEPT LOAN SERV, PO BOX 300001, Greenville, TX 75403-3001 |
| 14764974 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Apr 26 2024 00:37:38 | Aidvantage on behalf of, Department of Education Loan Services, PO BOX 300001, Greenville,TX 75403-3001 |
| 14744675 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 26 2024 00:29:00 | CB INDIGO, PO BOX 4499, Beaverton, OR 97076-4499 |
| 14744677 | | Email/Text: convergent@ebn.phinsolutions.com | Apr 26 2024 00:29:00 | CONVERGENT OUTSOURCING FOR LVNF FUNDNG, 800 SW 39TH STREET STE 100 PO BOX 9021, Renton, WA 98057-9021 |
| 14736118 | ^ | MEBN | Apr 25 2024 23:53:18 | Capital One Bank USA N.A., 120 Corporate Blvd, Ste 100, Norfolk, VA 23502-4952 |
| 14744679 | | Email/PDF: creditonebknotifications@resurgent.com | Apr 26 2024 00:38:08 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14736120 | | Email/PDF: creditonebknotifications@resurgent.com | Apr 26 2024 00:37:59 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 14736121 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 26 2024 01:33:34 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14768272 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 26 2024 00:29:00 | First Premier Bank, C/O JEFFERSON CAP SYST, PO BOX 7999, Saint Cloud, MN 56302-7999 |
| 14744681 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 26 2024 00:49:13 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 14768273 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 26 2024 00:37:38 | LVNV FUNDING, C/O RESURGENT CAP SYS, PO BOX 10587, Greenville, SC 29603-0587 |
| 14741477 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 26 2024 00:38:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14768274 | + | Email/Text: bankruptcy@ncaks.com | Apr 26 2024 00:28:00 | NATIONAL CREDIT ADJUSTERS LLC, ATT BNKY DEPT, PO BOX 3023, Hutchinson, KS 67504-3023 |
| 14738047 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Apr 26 2024 00:29:00 | NAVY FEDERAL CREDIT UNION, P O BOX 3000, MERRIFIELD, VA 22119-3000 |
| 14736122 | | Email/Text: bankruptcy@ncaks.com | Apr 26 2024 00:28:00 | National Credit Adjust, PO Box 550, Hutchinson, KS 67504-0550 |
| 14768287 | + | Email/Text: bankruptcy@ncaks.com | Apr 26 2024 00:28:00 | National Credit Adjusters, LLC, 327 West 4th Avenue, Po Box 3023, Hutchinson, KS 67504-3023 |
| 14748709 | + | Email/Text: bankruptcy@ncaks.com | Apr 26 2024 00:28:00 | National Credit Adjusters, LLC, Attn: Bankruptcy Department, P.O. Box 3023, Hutchinson, KS 67504-3023 |
| 14736123 | | Email/Text: bankruptcy@ncaks.com | Apr 26 2024 00:28:00 | National Credit Adjusters, LLC, 327 W 4th Ave, Hutchinson, KS 67501-4842 |
| 14768288 | + | Email/Text: bankruptcy@ncaks.com | Apr 26 2024 00:28:00 | National Credit Adjusters, LLC, P.o. Box 550, Hutchinson, KS 67504-0550 |
| 14744686 | | Email/PDF: pa_dc_claims@navient.com | Apr 26 2024 00:38:07 | Navient Solutions Inc, Attn: Bankruptcy, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 14736124 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Apr 26 2024 01:33:27 | Navient Solutions Inc, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 14768275 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Apr 26 2024 00:29:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrified, VA 22119-3000 |
| 14736125 | | Email/Text: ext_ebn_inbox@navyfederal.org | Apr 26 2024 00:29:00 | Navy Fcu, 820 Follin Ln SE, Vienna, VA 22180-4907 |

Case 22-13077-pmm    Doc 76    Filed 04/27/24    Entered 04/28/24 00:33:15    Desc Imaged
Certificate of Notice    Page 3 of 6

| District/off: 0313-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Apr 25, 2024 | Form ID: pdf900 | Total Noticed: 68 |

| Notice ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14744688 | | Email/Text: ext_ebn_inbox@navyfederal.org | Apr 26 2024 00:29:00 | Navy Fcu, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 14832340 | + | Email/Text: ecfbnc@aldridgepite.com | Apr 26 2024 00:28:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, c/o Wendy Locke, ALDRIDGE PITE LLP, 8880 Rio San Diego Drive, Suite 725, San Diego, CA 92108-1619 |
| 14808771 | + | Email/Text: ecfbnc@aldridgepite.com | Apr 26 2024 00:28:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, c/o Brian K. Jordan, ALDRIDGE PITE, LLP, 8880 Rio San Diego Drive, Suite 725, San Diego, CA 92108-1619 |
| 14768291 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 26 2024 00:38:18 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 14736128 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 26 2024 01:33:34 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 14736126 | | Email/Text: joey@rmscollect.com | Apr 26 2024 00:29:00 | Patient First, 1807 Huguenot Rd, Midlothian, VA 23113-5604 |
| 14736127 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 26 2024 01:13:01 | Portfolio Recov Assoc, 120 Corporate Blvd, Ste 100, Norfolk, VA 23502-4952 |
| 14748622 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 26 2024 00:29:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14738278 | + | Email/Text: RASEBN@raslg.com | Apr 26 2024 00:28:00 | RAS Crane & Partners, PLLC, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14736129 | | Email/Text: joey@rmscollect.com | Apr 26 2024 00:29:00 | Rec Mgm Sys, 1807 Huguenot Rd, Midlothian, VA 23113-5604 |
| 14768293 | | Email/Text: joey@rmscollect.com | Apr 26 2024 00:29:00 | Receivable Management Inc, 7206 Hull Road, Suite 211, Richmond, VA 23235 |
| 14768294 | + | Email/Text: joey@rmscollect.com | Apr 26 2024 00:29:00 | Receivable Management Inc, 1807 Huguenot Road, Midlothian, VA 23113-5604 |
| 14736132 | | Email/Text: bankruptcy@springoakscapital.com | Apr 26 2024 00:28:00 | Spring Oaks Capital, LLC, Attn: Bankruptcy, PO Box 1216, Chesapeake, VA 23327-1216 |
| 14768296 | | Email/Text: bankruptcy@springoakscapital.com | Apr 26 2024 00:28:00 | Spring Oaks Capital, Llc, P.o. Box 1216, Chesapeake, VA 23327 |
| 14736133 | | Email/Text: bankruptcy@springoakscapital.com | Apr 26 2024 00:28:00 | Springoakcap, PO Box 1216, Chesapeake, VA 23327-1216 |
| 14736131 | | Email/Text: mtgbk@shellpointmtg.com | Apr 26 2024 00:28:00 | Shellpoint Mortgage Servicing, 55 Beattie Pl, Greenville, SC 29601-2165 |
| 14768295 | + | Email/Text: mtgbk@shellpointmtg.com | Apr 26 2024 00:28:00 | Shellpoint Mortgage Servicing, 55 Beattie Place, Greenville, SC 29601-2165 |
| 14744695 | | Email/Text: mtgbk@shellpointmtg.com | Apr 26 2024 00:28:00 | Shellpoint Mortgage Servicing, Attn: Bankruptcy, PO Box 10826, Greenville, SC 29603-0826 |
| 14750566 | | Email/Text: bankruptcy@springoakscapital.com | Apr 26 2024 00:28:00 | Spring Oaks Capital SPV, LLC, PO BOX 1216, CHESAPEAKE, VA 23327-1216 |
| 14738880 | + | Email/Text: RASEBN@raslg.com | Apr 26 2024 00:28:00 | U.S. Bank Trust National Association, for Legacy Mortgage Asset Trust 2020-GS2, c/o CHARLES WOHLRAB, ESQ., 130 Clinton Road #202, Fairfield, NJ 07004-2927 |
| 14751507 | + | Email/Text: mtgbk@shellpointmtg.com | Apr 26 2024 00:28:00 | U.S. Bank Trust National Association, c/o NewRez LLC d/b/a, Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville SC 29603-0826 |

TOTAL: 49

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14736119 | | CHESTER COUNTY PROTHONOTARY |
| 14744676 | | CHESTER COUNTY PROTHONOTARY |
| 14744682 | | JAHEEN BECKETT |
| cr | *+ | NewRez LLC d/b/a Shellpoint Mortgage Servicing, c/o ALDRIDGE PITE LLP, 8880 Rio San Diego Drive, Suite 725, San Diego, CA 92108-1619 |
| cr | *+ | Uwchlan Township, 715 N. Ship Road, Exton, PA 19341-1940 |
| cr | *+ | Uwchlan Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14744672 | * | 12 Celtic Bank, PO Box 1216, Chesapeake, VA 23327-1216 |
| 14744673 | *+ | ACCU REFERENCE MEDICAL LAB, 1901 EAST LINDEN AVENUE UNIT 4, Linden, NJ 07036-9997 |
| 14744674 | * | Capital One Bank USA N.A., 120 Corporate Blvd, Ste 100, Norfolk, VA 23502-4952 |
| 14768281 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14744678 | * | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 14768282 | *+ | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14768285 | *+ | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14744680 | * | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14744683 | * | National Credit Adjust, PO Box 550, Hutchinson, KS 67504-0550 |
| 14744684 | * | National Credit Adjusters, LLC, 327 W 4th Ave, Hutchinson, KS 67501-4842 |
| 14744685 | * | Navient Solutions Inc, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 14768289 | *+ | Navy FCU, 820 Follin Lane Se, Vienna, VA 22180-4907 |
| 14744687 | * | Navy Fcu, 820 Follin Ln SE, Vienna, VA 22180-4907 |
| 14744691 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 14768290 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14744689 | * | Patient First, 1807 Huguenot Rd, Midlothian, VA 23113-5604 |
| 14744690 | * | Portfolio Recov Assoc, 120 Corporate Blvd, Ste 100, Norfolk, VA 23502-4952 |
| 14744692 | * | Rec Mgm Sys, 1807 Huguenot Rd, Midlothian, VA 23113-5604 |
| 14744693 | *+ | Receivable Management Inc, 7206 Hull Rd, Ste 211, Richmond, VA 23173-0001 |
| 14744696 | *P++ | SPRING OAKS CAPITAL LLC, 1400 CROSSWAYS BLVD STE 100B, CHESAPEAKE VA 23320-0207, address filed with court:, Spring Oaks Capital, LLC, Attn: Bankruptcy, PO Box 1216, Chesapeake, VA 23327-1216 |
| 14768277 | *P++ | SPRING OAKS CAPITAL LLC, 1400 CROSSWAYS BLVD STE 100B, CHESAPEAKE VA 23320-0207, address filed with court:, Spring Oaks Capital, Llc, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327-1216 |
| 14744697 | *P++ | SPRING OAKS CAPITAL LLC, 1400 CROSSWAYS BLVD STE 100B, CHESAPEAKE VA 23320-0207, address filed with court:, Springoakcap, PO Box 1216, Chesapeake, VA 23327-1216 |
| 14744694 | * | Shellpoint Mortgage Servicing, 55 Beattie Pl, Greenville, SC 29601-2165 |
| 14744698 | * | The Bank of Missouri / Total V, PO Box 550, Hutchinson, KS 67504-0550 |
| 14751508 | *+ | U.S. Bank Trust National Association, c/o NewRez LLC d/b/a, Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14768279 | *+ | UWCHLAN TOWNSHIP, 715 N SHIP ROAD, Exton, PA 19341-1940 |

TOTAL: 3 Undeliverable, 29 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2024                              Signature:        /s/Gustava Winters

District/off: 0313-2 | User: admin | Page 5 of 5
Date Rcvd: Apr 25, 2024 | Form ID: pdf900 | Total Noticed: 68

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2020-GS2 bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Uwchlan Township jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2020-GS2 mimcgowan@raslg.com |
| RICHARD N. LIPOW | on behalf of Debtor Jacqueline Jones-Beckett richard@lipowlaw.com ecflipow@gmail.com;r44824@notify.bestcase.com;lipow.richardn.b109921@notify.bestcase.com |
| ROBERT A. BADMAN | on behalf of Creditor Uwchlan Township rab@curtinheefner.com  ns@curtinheefner.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　　JACQUELINE JONES-BECKETT<br><br>　　　　　　　　　　Debtor | Chapter 13<br><br>Bankruptcy No. 22-13077-PMM |

ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: April 25, 2024**

_____
Honorable Patricia M. Mayer
Bankruptcy Judge